MRS. R. G. ANDERSON ET AL. v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA.

(Filed 2 March, 1932.)

APPEAL by defendant from *Cranmer, J.,* at January Term, 1932, of PITT. Affirmed.

*Blount & James for plaintiffs.*
*Charles P. Gaylor and F. G. James & Son for defendant.*

PER CURIAM. This was a motion to set aside a judgment for excusable neglect. C. S., 600. His Honor denied the motion and upon the facts found we are of opinion that the judgment should be
Affirmed.